ANTONI RAPCINSKI, Respondent, v. CARTER & WEEKES STEVEDORING COM-

PANY, Appellant.— Order granting motion to serve amended complaint affirmed, with ten dollars costs and disbursements. ' No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.